[Nos. 34653-9-I; 37023-5-I.   Division One.   March 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON
F. HOLT, *Appellant.*

Appeal from judgments of the Superior Court for King
County, No. 94-1-00154-6, Deborah Fleck, J., entered May
16 and July 17, 1994. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Becker, J.


[No. 36473-1-I.   Division One.   March 17, 1997.]

KENNETH M. LEWIS, ET AL., *Appellants*, v. WILLIAM P.
YEAGER, ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 91-2-14243-2, Peter D. Jarvis, J., entered
March 20, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Grosse and Webster, JJ.


[No. 36770-6-I.   Division One.   March 17, 1997.]

LONGVIEW FIBRE COMPANY, *Respondent*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-24799-9, Jim Bates, J., entered May 1,
1995. *Reversed* by unpublished opinion per Baker, C.J.,
concurred in by Kennedy and Agid, JJ.


[No. 37284-0-I.   Division One.   March 17, 1997.]

MICHAEL THERON HANDY, *Appellant*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-04555-5, Charles V. Johnson, J., entered
July 28, 1995. *Reversed* by unpublished per curiam
opinion.